MANETTE and VIRGINIE DUPLESSIS, f. c. w., *v.* BETSEY YOUNG, f. c. w.

A surviving wife is called to the inheritance before the natural brothers or sisters.
Code 911, 917, 918, 923.

APPEAL from the District Court, Second District, *Rousseau*, J. *Reese*, for plaintiffs and appellants. *Lombard & Foulhouze*, for testamentary executor.

BUCHANAN, J. The defendant, widow of *Honoré Duplessis*, a free colored man, was put into possession of his estate by order of court. Five years afterwards the plaintiffs, natural sisters of *Honoré Duplessis*, brought this suit, claiming the property left by the deceased, as his heirs; and the question presented for decision is, the priority in the order of inheritance between a surviving wife and the natural brothers or sisters.

This is the identical question determined by the court in the case of *Victor* v. *Tagiasco's Executor*, 6 L. R., 642, upon the construction of Articles 911, 917, 918 and 923 of the Civil Code. Upon the principles of that decision the defendant is entitled to this inheritance. See also *Layn* v. *Pasco*, 5 Rob., 12.

It is therefore adjudged and decreed that the judgment of the District Court be affirmed, with costs.